UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 12-1641-JGB (DTB)**               Date: **August 5, 2013**

Title:  **Adrian Garcia v. Ron Barnes, Warden**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Deb Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:
            None present                                                        None present

**PROCEEDINGS: ORDER TO SHOW CAUSE**

   Currently pending before the Court is respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, wherein respondent contends that the Petition is untimely. On July 12, 2013, the Court ordered respondent to lodge various state court documents for purposes of determining whether petitioner's January 13, 2012 state habeas petition was "properly filed" for purposes of statutory tolling. Such documents were due on or before August 1, 2013. Respondent has neither lodged the requested documents, nor requested an extension of time in which to do so. As such, within ten (10) days of this Order, respondent is ORDERED to show cause why respondent should not be sanctioned for his failure to comply with the Court's July 12, 2013 Order. See Local Rule 83-7.