# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GARCIA,<br><br>         Petitioner,<br>vs.<br><br>FRED FOULK, Acting Warden,<br><br>         Respondent. | Case No. EDCV 12-1641-JGB (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted to the extent it seeks dismissal of Grounds One through Six of the Petition with prejudice because the claims are time-barred; that respondent's Motion to Dismiss is denied with respect to Ground Seven of the Petition; and that respondent is ordered to serve and file an Answer addressing the merits of Ground Seven within 30 days of the date of this Order. At the time the Answer is filed, respondent shall lodge with

1  the Court all other records bearing on the merits of petitioner's claim that have not
2  previously been lodged.  Subject to the foregoing, the terms and provisions of the
3  November 16, 2012 Order Requiring Response to Petition shall remain in full force
4  and effect.

Dated:  12/27/13

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE