JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GARCIA,<br><br>　　　　　Petitioner,<br>　　vs.<br>SUZANNE M. PEERY, Acting Warden,<br><br>　　　　　Respondent. | Case No. EDCV 12-01641-JGB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: September 1, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE